IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:13mj15 |
| ) | |
| BROOKE RIVERA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated from the bench, it is ORDERED that the term and conditions of probation are modified as follows:

1. The term of probation is extended one additional year.

2. Defendant shall serve fourteen (14) additional days in jail, immediately.

3. Defendant may not operate a motor vehicle anywhere in the United States.

4. Defendant shall submit to such substance abuse testing and treatment, and mental health counseling and treatment, including impatient programs as the probation officer directs.

ENTERED this 25th day of January, 2013.

/s/Thomas Rawles Jones, Jr.
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia